**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LARRY JOE CARTWRIGHT, JR., )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>EXPERIAN INFORMATION SOLUTIONS, INC., )<br>  )<br>  Defendant. ) | Civil Action No. 08-CV-2076<br><br>Judge Pallmeyer |

**STIPULATION TO DISMISS**

It is hereby stipulated and agreed by and between the parties, that said action against EXPERIAN INFORMATION SOLUTIONS, INC., be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

DATED THIS  25th   day of June, 2008.


  /s Larry P. Smith
Larry P. Smith
Larry P. Smith & Associates, Ltd.
For Plaintiff


  /s Angela M. Muccino
Angela M. Muccino
Jones Day
For Defendant


Name:        LARRY P. SMITH & ASSOCIATES, LTD.
Attorney for: Plaintiff
Address:     205 N. Michigan Ave., 40th floor
City:        Chicago, Illinois 60601
Telephone:   (312) 222-9028
E-mail:      lsmith@lpsmithlaw.com