**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LARRY JOE CARTWRIGHT, JR., )<br>)<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, INC., )<br>)<br>    Defendant. ) | Civil Action No. 08-CV-2076<br><br>Judge Pallmeyer |

**NOTICE OF FILING**

Ms. Angela Marie Muccino
Jones Day
77 West Wacker Drive
Chicago Illinois 60601
Email: ammuccino@jonesday.com

    PLEASE TAKE NOTICE THAT On June 25, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Stipulation of Dismissal,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| **Name:** | Larry P. Smith & Associates, Ltd. |
| **Attorney for:** | Plaintiff |
| **Address:** | 205 N. Michigan Ave, Suite 4000 |
| **City:** | Chicago, Illinois 60601 |
| **Telephone:** | (312) 222-9028 |

**PROOF OF SERVICE BY MAIL**

    I, the undersigned, an attorney, certify that I served this notice by e-mailing a copy to the above named parties from 205 N. Michigan Avenue, Chicago, Illinois, at 5:00 p.m. on June 25, 2008, with proper postage prepaid.

By: ___*/s Larry P. Smith*_____
            Attorney for Plaintiff