# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2076 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Larry Joe Cartwright, Jr. vs. Experian Information Solutions, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to Stipulation, the above case is dismissed with prejudice and without costs to any party. Status hearing set for 7/30/2008 is stricken. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|